UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTHA B. RANSOM,**<br>7504 Milway Drive<br>Alexandria, VA 22306<br><br>                    **Plaintiff,**<br><br>         v.<br><br>**MICHAEL JOHANNS,**<br>Secretary of Agriculture<br>U.S. Department of Agriculture<br>14th & Independence Avenue, S.W.,<br>Washington, D.C. 20250,<br><br>                    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Electronic Filing<br>) Civil Action No. 05-1279 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

THE CLERK OF THE COURT will please enter the appearance of Assistant United States Attorney Mercedeh Momeni as counsel of record for defendant, in the above-captioned case.

                              Respectfully submitted,


                                                       s/
                              MERCEDEH MOMENI
                              Assistant United States Attorney
                              555 4th Street, NW
                              Washington, DC 20530
                              (202) 305-4851
                              (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>8th</u> day of July, 2005, I caused the foregoing Praecipe to be served on plaintiff's attorney, via electronic mail.

                              _____s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)