UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA B. RANSOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05-1279 (RMC) |
| v. ) | (EFC) |
| ) | |
| MICHAEL JOHANNS, ) | |
| Secretary of Agriculture ) | |
| ) | |
| Defendant. ) | |
| ) | |

**RULE 16.3 JOINT REPORT TO THE COURT**

The parties to the above action hereby submit the following Joint Report to the Court, in accordance with Rule 16, Fed. R. Civ. P., and LCvR 16.3.

1.) <u>Resolution By Dispositive Motion</u>: Plaintiff takes the position that this case is unlikely to be resolved on dispositive motion. Defendant takes the position that a dispositive motion may be filed to resolve some, if not all of the issues in this case.

2.) <u>Amendment of Pleadings</u>: Plaintiff does not anticipate amending the Complaint.

3.) <u>Assignment to a Magistrate Judge</u>: Defendant does not consent to the assignment of this case to a Magistrate Judge at this time.

4.) <u>Settlement Possibility</u>: Plaintiff believes that settlement discussions could bring about a resolution of this case and is prepared to engage in them at any time defendant is amenable. Defendant is willing to engage in settlement discussions as well.

5.) <u>ADR</u>:  The parties believe that ADR would be a benefit in this case.

6.) <u>Resolution on Summary Judgment</u>:  The parties have addressed this issue under paragraph 1, above.

7.) <u>Disclosures</u>:  The parties have agreed to make their initial disclosures required by the Federal Rules of Civil Procedure and the Local Rules of this Court by November 20, 2005.

Plaintiff proposes that the parties provide home addresses and telephone numbers of persons identified in disclosures, and that the parties serve copies of all documents identified in disclosures, in order to dispense with unnecessary discovery.  Defendant takes the position that federal employees identified in disclosures may be contacted through the U.S. Attorney's Office for the District of Columbia.

8.) <u>Extent of Discovery</u>: The parties respectfully submit that discovery should begin on December 1, 2005, and run through April 1, 2006.

9.) <u>Expert Witnesses</u>:  The parties agree that expert disclosures, if any, will be made in accordance with the schedule provided under Rule 26(a)(2)(c), Fed. R. Civ. P.; and that, if experts are designated, they be deposed at mutually agreeable dates and times after disclosures are made.

10.) <u>Class Action Issues</u>:  Not relevant.

11.) <u>Bifurcation Of Liability And Damages</u>:  The parties do not anticipate a need to bifurcate this matter.

12.) <u>Date for Pretrial Conference</u>: Plaintiff takes the position that a status conference should be scheduled after the presently scheduled close of discovery.

Defendant takes the position that the status conference should be scheduled after the actual close of discovery.

13.) <u>Trial Date</u>:   The parties are amenable to having a firm trial date set at the pre-trial conference.

14.) <u>Other Matters</u>: Counsel for both parties are committed to working cooperatively with one another to stipulate to the entry of a protective order needed to guarantee the confidentiality, and to permit the discovery and disclosure, of information covered by the Privacy Act, 5 U.S.C. §552a, and other statutes affecting privacy and confidentiality of parties and witnesses in litigation of this nature; and to take account of scheduling conflicts and other issues that may arise during the course of this case that are not presently foreseen.

Respectfully submitted,

*s/ with authorization*                                                    /s/
_____              _____
ROBERT C. SELDON, ESQ.                KENNETH L. WAINSTEIN, D.C. BAR # 451058
D.C. BAR # 245100                            United States Attorney
MOLLY E. BUIE, ESQ.                                       /s/
D.C. BAR # 483767                            _____
ROBERT C. SELDON &                      R. CRAIG LAWRENCE, D.C. BAR # 171538
ASSOC., P.C.                                      Assistant United States Attorney
1319 F. Street, NW, Suite 305
Washington, D.C. 20004                                  /s/
(202) 955-6968                                  _____

                                                            MERCEDEH MOMENI
                                                            Assistant United States Attorney
                                                            555 Fourth Street, N.W.
                                                            Civil Division
                                                            Washington, D.C.  20530
                                                            (202) 305-4851