UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARTHA B. RANSOM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 05-1279 (RMC) |
| v. ) | ECF |
| ) | |
| **MICHAEL JOHANNS,** ) | |
| Secretary of Agriculture ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PROPOSED ORDER[1]

Upon consideration of the parties' Joint Report To The Court, and the entire record in this matter; it is hereby:

ORDERED that initial disclosures shall be made by November 20, 2005.

[ORDERED that the parties shall provide home addresses and telephone numbers of persons identified in their respective disclosures and copies of all documents identified in disclosures, not already in the opposing party's possession.]

[ORDERED that Department of Agricultural employees, identified in disclosures, shall be contacted through the United States Attorney's Office for the District of Columbia.]

ORDERED that discovery shall commence on December 1, 2005, and end on April 1, 2006.

---

[1] Those sections of this Proposed Order which appear in brackets ("[]") have been proposed by one party, but not agreed to by the other party.  Sections which do not appear in brackets have been agreed upon.

ORDERED that Counsel for both parties are to continue working cooperatively with one another to prepare routine protective orders needed to facilitate discovery, and to take account of scheduling conflicts and other issues that may arise during the course of this case.

ORDERED that the presumptive limits on discovery set forth in Rules 30 and 33, Fed. R. Civ. P., shall be in effect, absent agreement of the parties and/or leave of Court.

ORDERED that expert designations and disclosures, if any, shall be made in accordance with the schedule provided under Rule 26(a)(2)(c), Fed. R. Civ. P.; and that, if experts are designated, they be deposed at mutually agreeable dates and times after disclosures are made.

ORDERED that dispositive motions, if any, shall be filed on or before May 15, 2006; oppositions to dispositive motions shall be filed on June 15, 2006; and replies, if any, shall be filed on July 6, 2006.

ORDERED that if the parties wish to have this case referred for Alternative Dispute Resolution, they shall so advise the Court.

FURTHER ORDERED that the parties shall appear for a status conference before the undersigned on June ____, 2006.

SO ORDERED this ____ day of _____, 2005.

_____
United States District Judge