UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTHA B. RANSOM, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL JOHANNS, </br>    Secretary of Agriculture, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> )    Civil Action No. 05-1279 (RMC) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION / SETTLEMENT**

The consent of the parties to this action having been obtained at the Initial Scheduling Conference held on October 20, 2005, it is hereby

**ORDERED** that the above-captioned action is referred to Magistrate Judge John M. Facciola for mediation and settlement purposes through and including January 31, 2006; and it is

**FURTHER ORDERED** that counsel and the parties, including persons with settlement authority, attend the mediation sessions; and it is

**FURTHER ORDERED** that if the case settles, in whole or in part, counsel shall promptly notify the Court of the settlement by filing a stipulation.

**SO ORDERED**.


Dated: October 24, 2005                                                  /s/
                                                                               ROSEMARY M. COLLYER
                                                                               United States District Judge